RECEIVED IN
The Court of Appeals
Sixth District

OCT 2 3 2015

Texarkana, Texas
Debra Autrey, Clerk

APPEAL NO. ____06-14-00194-CR____

IN THE
SIXTH COURT OF APPEALS
TEXARKANA ,TEXAS

BENNIE JOHNSON ,JR., §        Appellant

§

FILED IN
Court of Appeals
Sixth District

OCT 2 6 2015

Texarkana, Texas
Debra K. Autrey, Clerk

§

THE STATE OF TEXAS     §        Appellee .

Appeal from trial cause number 12F0821-102
from the District Court of Bowie County , Texas
102nd District Judicial Court.

## MOTION FOR REHEARING

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, Bennie Johnson, Jr., Appellant - pro se,
and respectfully moves this court to please reconsider
its opinion . In support of Appellant ("Johnson")
would show the following :

THE EVIDENCE IS INSUFFIENT TO
SUPPORT THE CONVICTION OF AGGRAVATED
SEXUAL ASSAULT.

Can the lack of tangible proof be outweighed
by slight circumstantial evidence ?

In the matter of justice these (this) issue
needs to be addressed , for failure to do so
would be a prohibition of due process of law.
( Constitutional Violation 4th, 14th )

## II.

### COUNSEL RENDERED INEFFECTIVE ASSISTANCE BY FAILING TO PROVIDE A PROPER TRIAL STRATEGU BY OPENING THE DOOR FOR EXTRANEOUS OFFENSES.

Does Attorney's lack of proper trial strategy constitute ineffective assistance?

In matter of justice these (this) issue needs to be addressed, for failure to do so would be a prohibition of due process of law.

(constitution violation 6th, 14th)

## III.

### COUNSEL RENDERED INEFFECTIVE ASSISTANCE BY FAILING TO INVESTIGATE ALTERNATIVE DNA.

Does Attorney's failure to test alternative DNA Constitutes exculpatory evidence?

In matter of justice these (this) issue needs to be addressed, for failure to do so would be a prohibition of due process of law.

(constitution violation 6th, 14th)

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Johnson prays that this Court grant this motion for rehearing.

Respectfully submitted,

<u>Bennie Johnson Jn. Pro Se</u>
Bennie Johnson Jr.
TDCJ No. 1970053
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

2.

# CERTIFICATE OF SERVICE

I hereby certify that on October 22nd, 2015, a true and correct copy of Johnson's motion for rehearing was mailed to State's Attorney, Ms. Kelley Crisp, by U.S. First Class mail to Bowie County District Attorney. 601 Main Street Texarkana, Texas 75501.

Bennie Johnson Jr.
Bennie Johnson, Jr.
TDCJ No. 1970053
Movant - Pro se

# UNSWORN DECLARATION

I, Bennie Johnson, Jr., TDCJ No. 1970053 being presently incarcerated in the Mark W. Stiles Unit of the Texas Department of Criminal Justice - ID in Jefferson County, Texas, verify and declare under penalty of perjury, persuant to Federal Law (28 U.S.C. §1746) and State Law (V.T.C.A. Civil Practice and Remedies Code §132.001 - §132.003), that the foregoing statements are true and correct. Executed on this the 22nd day of October, 2015

Bennie Johnson Jr.
Bennie Johnson Jr.
TDCJ No. 1970053
Movant - Pro se

3.